JONATHAN M. KELLER ET AL. *v.* ROZ-LYNN
BECKENSTEIN, EXECUTRIX (ESTATE OF
ROBERT J. BECKENSTEIN)

The plaintiffs' petition for certification for appeal from the Appellate Court, 122 Conn. App. 438 (AC 30436), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court properly determined that it lacked subject matter jurisdiction over the plaintiffs' claims based on ripeness grounds?"

The Supreme Court docket number is SC 18689.

*Richard P. Weinstein* and *Nathan A. Schatz,* in support of the petition.

*Michael P. Berman* and *Suzanne LaPlante,* in opposition.

Decided September 22, 2010

JONATHAN M. KELLER ET AL. *v.* ROZ-LYNN
BECKENSTEIN, EXECUTRIX (ESTATE OF
ROBERT J. BECKENSTEIN)

The defendant's cross petition for certification for appeal from the Appellate Court, 122 Conn. App. 438 (AC 30436), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the trial court's dismissal should be vacated?"

The Supreme Court docket number is SC 18689X01.

*Michael P. Berman* and *Suzanne LaPlante,* in support of the cross petition.

*Richard P. Weinstein* and *Nathan A. Schatz,* in opposition.

Decided September 22, 2010